STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Jerrel Wayne Fontenot
Pro Se
675 Government St.
Marksville La 71351

**REHEARING ACTION: August 16, 2017**

**Docket Number: 16   00922-KH**

**STATE OF LOUISIANA
VERSUS
JERREL WAYNE FONTENOT**

**Writ Application from Rapides Parish Case No. 323-117**

**BEFORE JUDGES:**

    **Hon. John E. Conery
    Hon. D. Kent Savoie
    Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jerrel Wayne Fontenot** has this day been

    **DENIED.**

cc: Hon. Phillip Terrell, Jr., Counsel for the Respondent